

## NUMBER 13-12-00784-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE PAUL D. ANDREWS, KEITH M. GOULD, THE GOULD LAW FIRM AND ANDREWS & GOULD

### On Petition for Writ of Mandamus.

### MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Per Curiam Memorandum Opinion[1]

Relators, Paul D. Andrews, Keith M. Gould, The Gould Law Firm, and Andrews & Gould, filed a petition for writ of mandamus and an emergency motion for stay in the above cause on December 28, 2012. The Court, having examined and fully considered the petition for writ of mandamus and the emergency motion for stay, is of the opinion that relators have not shown themselves entitled to the relief sought. Accordingly, the

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

petition for writ of mandamus and the emergency motion for stay are DENIED. *See*

TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the 28th
day of December, 2012.